UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

# Appearance of Counsel

Appeal No.: **24-6043**

Case Title: **Dan McCaleb** vs. **Michelle Long**

List all clients you represent in this appeal:

**Dan McCaleb**

☑ Appellant ☐ Petitioner ☐ Amicus Curiae ☐ Criminal Justice Act
☐ Appellee ☐ Respondent ☐ Intervenor (Appointed)

☐ Check if a party is represented by more than one attorney.
☑ Check if you are lead counsel.

**If you are substituting for another counsel, include that attorney's name here**:

**Buck Dougherty**

By filing this form, I certify my admission and/or eligibility to file in this court.

Attorney Name: **Jacob Huebert**     Signature: s/ **Jacob Huebert**

Firm Name: **Liberty Justice Center**

Business Address: **7500 Rialto Boulevard, Suite 1-250**

City/State/Zip: **Austin, TX 78735**

Telephone Number (Area Code): **512-481-4400**

Email Address: **jhuebert@ljc.org**

Please ensure your contact information above matches your PACER contact information. If necessary, update your PACER account.

### CERTIFICATE OF SERVICE

The electronic signature above certifies that all parties or their counsel of record have been electronically served with this document as of the date of filing.