## UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

| | | |
|---|---|---|
| Kelly L. Stephens<br>Clerk | 100 EAST FIFTH STREET, ROOM 540<br>POTTER STEWART U.S. COURTHOUSE<br>CINCINNATI, OHIO 45202-3988 | Tel. (513) 564-7000<br>www.ca6.uscourts.gov |

Filed: February 18, 2025

Mr. Jacob H. Huebert
Liberty Justice Center
440 N. Wells Street
Suite 200
Chicago, IL 60654

Re: Case No. 24-6043, *Dan McCaleb v. Michelle Long*
Originating Case No. : 3:22-cv-00439

Dear Counsel,

  The appearance form which you submitted to the court has one or more deficiencies. You are directed to correct these deficiencies as shown on the enclosed checklist. Failure to do so may result in not being designated as counsel of record.

  If you have any questions, please contact the clerk's office for assistance.

Sincerely yours,

s/Roy G. Ford
Case Manager
Direct Dial No. 513-564-7016

Enclosure

**APPEARANCE FORM CHECKLIST**

Attorneys must use their personal PACER account to file any document. Attorneys are not permitted to use their account to file on behalf of another attorney. Please refile using your own account within 7 days.

The appearance form was not filed on the correct case. Please refile on case number _____ within 7 days.

The appearance form was filed in a case which you are not a participant. Please refile in the appropriate case and deselect any additional case numbers within 7 days.

==The contact information (address - email - phone) does not match our records. You must update your contact information with PACER or risk not receiving proper notifications in this case. When you update your address with PACER, be sure you also select this court to receive the updated address. If you have further questions as to whether this court has received the updated information, you may call the Clerk's Office at 513-564-7000.==

The appearance form is not signed. Please sign in the signature field, either in electronic format (s/) or handwritten, and refile within 7 days.

The appearance form is in an editable format. This is an indication that the document was not printed to PDF before uploading. After completing the form, select print and print to PDF. This will format the document into a non-modifiable pdf.