No. 24-6043

# United States Court of Appeals
# for the Sixth Circuit

DAN McCALEB,
Executive Editor of The Center Square,

*Plaintiff-Appellant,*

v.

MICHELLE LONG, in her official capacity
as Director of the Tennessee
Administrative Office of the Courts,

*Defendant-Appellee.*

On Appeal from the United States District Court
for the Middle District of Tennessee
No. 3:22-cv-00439 - Hon. Eli Richardson

**UNOPPOSED MOTION FOR A 21-DAY EXTENSION OF TIME
TO FILE APPELLANT'S PRINCIPAL BRIEF**

Pursuant to Federal Rule of Appellate Procedure 26 and Sixth Circuit Rule 26, Appellant Dan McCaleb respectfully requests a 21-day extension of time, to and including Thursday, March 13, 2025, in which to file his principal brief in this case.

This is Appellant's third request for an extension of time. Counsel for

Appellee does not oppose the extension.

In support of this unopposed motion, Appellant further states:

1. This appeal is a First Amendment case about the public's right of access to judicial rulemaking meetings of the Tennessee Advisory Commission.

2. Appellant's current counsel, Buck Dougherty, who has had primary responsibility for this appeal, has accepted an offer at another firm and is winding down his work at the firm representing Appellant, Liberty Justice Center.

3. Another Liberty Justice Center attorney, Jacob Huebert, has filed an appearance and is assuming responsibility for representing Appellant in this case. Mr. Huebert needs time to become sufficiently familiar with this case and the relevant law. Meanwhile, Mr. Dougherty will seek to withdraw from this case.

4. Currently, Appellant's principal brief deadline is set for February 20, 2025.

5. For the foregoing reasons, the requested 21-day extension is necessary to ensure an opportunity to adequately prepare the

Appellant's principal brief.

6. Mr. Dougherty conferred via email with Appellee's counsel Andrew Coulam on February 18, 2025, regarding this request, and Appellee does not oppose this request for an extension of time.

## CONCLUSION

For the foregoing reasons, Appellant respectfully requests a 21-day extension of time, to and including **Thursday, March 13, 2025,** in which to file his principal brief.

Dated: February 19, 2025          Respectfully submitted

/s/ Jacob Huebert
Jacob Huebert
LIBERTY JUSTICE CENTER
7500 Rialto Blvd., Suite 1-250
Austin, Texas 78735
Telephone: (512) 481-4400
jhuebert@ljc.org

*Counsel for Appellant Dan McCaleb*

## CERTIFICATE OF SERVICE

I hereby certify that on February 19, 2025, the foregoing Unopposed Motion was filed through the Court's Electronic Filing System, which will send notice to all counsel appearing in this matter.

/s/ Jacob Huebert
Jacob Huebert
LIBERTY JUSTICE CENTER
7500 Rialto Blvd., Suite 1-250
Austin, Texas 78735
Telephone: (512) 481-4400
jhuebert@ljc.org

*Counsel for Appellant Dan McCaleb*