UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

# Appearance of Counsel

Appeal No.: **24-6043**

Case Title: **McCaleb** vs. **Long**

List all clients you represent in this appeal:

**American Civil Liberties Union of Tennessee, Authors Guild, Electronic Frontier Foundation, Foundation for Individual Rights and Expression, Reporters Committee for Freedom of the Press, Tennessee Coalition for Open Government**

- ☐ Appellant
- ☐ Appellee
- ☐ Petitioner
- ☐ Respondent
- ☑ Amicus Curiae
- ☐ Intervenor
- ☐ Criminal Justice Act (Appointed)

☐ Check if a party is represented by more than one attorney.
☑ Check if you are lead counsel.

**If you are substituting for another counsel, include that attorney's name here:**

By filing this form, I certify my admission and/or eligibility to file in this court.

Attorney Name: **Jennifer Safstrom**      Signature: s/ **Jennifer Safstrom**

Firm Name: **Vanderbilt Law School, Stanton Foundation First Amendment Clinic**

Business Address: **131 21st Ave S**

City/State/Zip: **Nashville, TN 37203**

Telephone Number (Area Code): **615-322-4964**

Email Address: **jennifer.safstrom@vanderbilt.edu**

Please ensure your contact information above matches your PACER contact information. If necessary, update your PACER account.

### CERTIFICATE OF SERVICE

The electronic signature above certifies that all parties or their counsel of record have been electronically served with this document as of the date of filing.