CASE NO. 24-6043

IN THE UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

**DAN MCCALEB,**
*Plaintiff-Appellant,*

v.

**MICHELLE LONG,**
*Defendant-Appellee.*

On Appeal from the United States
District Court for the Middle District of Tennessee (3:22-cv-00439)

---

**MOTION FOR LEAVE TO FILE BRIEF OF AMICI CURIAE
OPEN GOVERNMENT ADVOCATES IN SUPPORT OF
PLAINTIFF-APPELLANT**

---

Amici curiae American Civil Liberties Union of Tennessee, Authors Guild, Electronic Frontier Foundation, Foundation for Individual Rights and Expression, Reporters Committee for Freedom of the Press, Tennessee Coalition for Open Government respectfully move for leave to file an amicus brief in the instant matter. In accordance with Federal Rule of Appellate Procedure 29, amici provide the following information in support of "the movant[s'] interest[s]" and "the

1

reason[s] why an amicus brief is desirable and why the matters asserted are relevant to the disposition of the case."

Movants are organizations dedicated to the protection and advancement of First Amendment freedoms, government transparency, and public access to meetings promulgating judicial rules. Their missions are rooted in the belief that meaningful civic participation depends on the public's ability to observe and understand how government decisions are made, especially those that directly impact legal rights and access to justice. The closure of meetings of the Tennessee Advisory Commission on the Rules of Practice & Procedure, which historically had been open to the public, undermines these foundational principles. As such, movants have a strong interest in ensuring that constitutional guarantees of access are not diminished in a manner that erodes public trust and accountability within the judicial system.

The parties' proposed amicus curiae brief would help this Court in the resolution of these issues by providing a broader perspective on the historical and constitutional underpinnings of the public's right of access to judicial functions. The matters asserted—namely, that the *Richmond Newspapers*' logic and experience test applies to the Commission's meetings—are directly relevant to the disposition of the case. *Richmond Newspapers, Inc. v. Virginia*, 448 U.S. 555

(1980). Amici's expertise in First Amendment jurisprudence and transparency would aid the Court in assessing the broader constitutional stakes at issue.

Amici obtained consent from counsel for Plaintiff-Appellant. Counsel for amici reached out to counsel for Defendant-Appellee shortly before filing and after business hours. Counsel for Defendant-Appellee responded the next business day declining to provide consent.

Accordingly, amici respectfully request that this Court grant leave to file an amicus curiae brief in this matter.

Dated: March 21, 2025                    Respectfully submitted,

                                                          Jennifer Safstrom  
                                                          Vanderbilt Law School  
                                                          Stanton Foundation First Amendment Clinic  
                                                          131 21st Ave South  
                                                          Nashville, TN 37203-1181  
                                                          Telephone: (615) 322-4964  
                                                          jennifer.safstrom@vanderbilt.edu

                                                          *Counsel for Amici Curiae*

## CERTIFICATE OF SERVICE

The undersigned certifies that on March 21, 2025, an electronic copy of this brief was filed with the Clerk of the Court for the United States Court of Appeals for the Sixth Circuit using the CM/ECF system and that service of the brief will be accomplished by the electronic filing system.

| | |
|---|---|
| Dated: March 21, 2025 | Respectfully submitted, |
| | /s/ Jennifer Safstrom<br>Jennifer Safstrom<br>Stanton Foundation First Amendment Clinic<br>Vanderbilt Law School |