UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

# Appearance of Counsel

Appeal No.: **24-6043**

Case Title: **McCALEB** vs. **LONG**

List all clients you represent in this appeal:

**DAN McCALEB**

- ☑ Appellant
- ☐ Petitioner
- ☐ Amicus Curiae
- ☐ Criminal Justice Act (Appointed)
- ☐ Appellee
- ☐ Respondent
- ☐ Intervenor

☐ Check if a party is represented by more than one attorney.
☑ Check if you are lead counsel.

**If you are substituting for another counsel, include that attorney's name here**:

By filing this form, I certify my admission and/or eligibility to file in this court.

Attorney Name: **Reilly Stephens**    Signature: s/ **Reilly Stephens**

Firm Name: **Liberty Justice Center**

Business Address: **7500 Rialto Blvd., Suite 1-250**

City/State/Zip: **Austin, TX 78735**

Telephone Number (Area Code): **512-481-4400**

Email Address: **rstephens@ljc.org**

Please ensure your contact information above matches your PACER contact information. If necessary, update your PACER account.

### CERTIFICATE OF SERVICE

The electronic signature above certifies that all parties or their counsel of record have been electronically served with this document as of the date of filing.