No. 24-6043

# United States Court of Appeals for the Sixth Circuit

DAN McCALEB,
Executive Editor of The Center Square,

*Plaintiff-Appellant,*

v.

MICHELLE LONG, in her official capacity as Director of the Tennessee Administrative Office of the Courts,

*Defendant-Appellee.*

On Appeal from the United States District Court for the Middle District of Tennessee
No. 3:22-cv-00439 - Hon. Eli Richardson

## UNOPPOSED MOTION FOR A 21-DAY EXTENSION OF TIME TO FILE APPELLANT'S REPLY BRIEF

Pursuant to Federal Rule of Appellate Procedure 26 and Sixth Circuit Rule 26, Appellant Dan McCaleb respectfully requests a 14-day extension of time, to and including Monday, May 19, 2025, in which to file his reply brief in this case.

This is Appellant's fourth request for an extension of time on this appeal, and his first for the reply brief. Counsel for Appellee does not

oppose the extension.

In support of this unopposed motion, Appellant further states:

1. This appeal is a First Amendment case about the public's right of access to judicial rulemaking meetings of the Tennessee Advisory Commission.

2. Appellant's current counsel, Jacob Huebert, who has had primary responsibility for this appeal, has now left his employment at the firm representing Appellant, Liberty Justice Center.

3. Another Liberty Justice Center attorney, Reilly Stephens, is filing an appearance and is assuming responsibility for representing Appellant in this case. Mr. Stephens needs time to become sufficiently familiar with this case and the relevant law. Meanwhile, Mr. Huebert will seek to withdraw from this case.

4. Currently, Appellant's principal brief deadline is set for May 5, 2025.

5. For the foregoing reasons, the requested 14-day extension is necessary to ensure an opportunity to adequately prepare the Appellant's Reply Brief.

6. Mr. Stephens conferred via phone with Appellee's counsel on May

2, 2025, regarding this request, and Appellee does not oppose this request for an extension of time.

## CONCLUSION

For the foregoing reasons, Appellant respectfully requests a 14-day extension of time, to and including **Monday, May 19, 2025,** in which to file his principal brief.

Dated: May 2, 2025                    Respectfully submitted

/s/ Reilly Stephens
Reilly Stephens
LIBERTY JUSTICE CENTER
7500 Rialto Blvd., Suite 1-250
Austin, Texas 78735
Telephone: (512) 481-4400
RStephens@ljc.org

*Counsel for Appellant Dan McCaleb*

## CERTIFICATE OF SERVICE

I hereby certify that on May 2, 2025, the foregoing Unopposed Motion was filed through the Court's Electronic Filing System, which will send notice to all counsel appearing in this matter.

/s/ Reilly Stephens
Reilly Stephens
LIBERTY JUSTICE CENTER
7500 Rialto Blvd., Suite 1-250
Austin, Texas 78735
Telephone: (512) 481-4400
RStephens@ljc.org

*Counsel for Appellant Dan McCaleb*