# UNITED STATES COURT OF APPEALS
### FOR THE SIXTH CIRCUIT

| | 100 EAST FIFTH STREET, ROOM 540 | |
|---|---|---|
| Kelly L. Stephens | POTTER STEWART U.S. COURTHOUSE | Tel. (513) 564-7000 |
| Clerk | CINCINNATI, OHIO 45202-3988 | www.ca6.uscourts.gov |

Filed: May 05, 2025

Mr. Reilly Stephens
Liberty Justice Center
7500 Rialto Boulevard
Suite 1-250
Austin, TX 78735

Re:  Case No. 24-6043, *Dan McCaleb v. Michelle Long*
Originating Case No. : 3:22-cv-00439

Dear Counsel,

The appellant's motion for an extension of time to file the reply brief has been GRANTED.  The reply brief is now due **May 19, 2025**.

Sincerely,

s/Michelle R. Lambert on behalf of
Case Manager Roy Ford
Direct Dial No. 513-564-7016

cc:  Mr. Andrew C. Coulam
Mr. Jacob H. Huebert
Ms. Jennifer Safstrom
Mr. Robert W. Wilson