# United States Court of Appeals for the Sixth Circuit

## Argument Acknowledgment

1. Sixth Circuit Case No(s): __24-6043_____

2. Case Caption (Short Title): __Dan McCaleb v. Michelle Long_____

3. Argument is scheduled for __9:00 AM__ (time) on __Tuesday, July 22, 2025__ (day, date) and will be held:

   [✓] Live (In Person)    [ ] by Video    [ ] by Telephone

4. I, __Robert W. Wilson_____, will be presenting argument on behalf of:

   [ ] Appellant / Petitioner    [ ] Amicus Curiae    [ ] Other (please specify below):
   [✓] Appellee / Respondent    [ ] Intervenor    _____

   If you are substituting for an attorney who had previously filed an argument acknowledgment, please indicate the name of the attorney: _____

5. Party Name(s): Michelle Long, in her official capacity as the Director of the Tennessee Administrative Office of the Courts

6. Minutes reserved for rebuttal (appellant / petitioner only): _____ (in whole minutes only)

7. If you are sharing time with one or more attorneys, please address the following:

   A. Number of attorneys sharing time: _____
   B. Total number of minutes (in whole minutes only) to be shared: _____
   C. Your arguing sequence (e.g., 1st, 2nd, etc.): _____
   D. Your assigned minutes (in whole minutes only): _____

   **If you have not previously registered as an ECF filer and filed an appearance form in this case, you must do both.**

   Docketing Instructions:
   Event Category: **Argument**; Event: **Argument Acknowledgment**

---

**CERTIFICATE OF SERVICE**

I hereby certify that on the date of this filing, all parties or their counsel of record have been electronically served via the court's CM/ECF system.

*Updated 4/3/24*