# United States Court of Appeals for the Sixth Circuit

## Argument Acknowledgment

1. Sixth Circuit Case No(s): 24-6043 _____

2. Case Caption (Short Title): McCaleb v. Long _____

                             *(time)*                              *(day, date)*

3. Argument is scheduled for 9 am _____ on July 22 _____ and will be held:

   ☐ Live (In Person)      ☐ by Video      ☐ by Telephone

4. I, Reilly Stephens _____, will be presenting argument on behalf of:

   ☐ Appellant / Petitioner      ☐ Amicus Curiae      ☐ Other (please specify below):

   ☐ Appellee / Respondent      ☐ Intervenor

                                                                  _____

   If you are substituting for an attorney who had previously filed an argument acknowledgment, please indicate the name of the attorney: _____

5. Party Name(s): Dan McCaleb

6. Minutes reserved for rebuttal (appellant / petitioner only): 5 _____ (in whole minutes only)

7. If you are sharing time with one or more attorneys, please address the following:

   A. Number of attorneys sharing time: 0 ____

   B. Total number of minutes (in whole minutes only) to be shared: _____

   C. Your arguing sequence (e.g., 1st, 2nd, etc.): _____

   D. Your assigned minutes (in whole minutes only): _____

**If you have not previously registered as an ECF filer and filed an appearance form in this case, you must do both.**

Docketing Instructions:
Event Category: **Argument**; Event: **Argument Acknowledgment**

---

### CERTIFICATE OF SERVICE

I hereby certify that on the date of this filing, all parties or their counsel of record have been electronically served via the court's CM/ECF system.

---

*Updated 4/3/24*