# UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

|  |  |  |
|---|---|---|
| Kelly L. Stephens<br>Clerk | 100 EAST FIFTH STREET, ROOM 540<br>POTTER STEWART U.S. COURTHOUSE<br>CINCINNATI, OHIO 45202-3988 | Tel. (513) 564-7000<br>www.ca6.uscourts.gov |

Filed: July 17, 2025

Mr. Reilly Stephens
Liberty Justice Center
7500 Rialto Boulevard, Suite 1-250
Austin, TX 78735

Mr. Robert W. Wilson
Office of the Tennessee Attorney General
40 S. Main Street, Suite 1014
Memphis, TN 38103-1877

Re:  Case No. 24-6043, *Dan McCaleb v. Michelle Long*
**Cancellation of Oral Argument** -- Tuesday, July 22, 2025

Dear Counsel:

Please be advised that the **oral argument** scheduled for Tuesday, July 22, 2025, **has been cancelled**. The court will now consider this case on the record and the briefs filed by the parties.

Sincerely yours,

s/Karen S. Fultz
Calendar Deputy

cc:  Mr. Andrew C. Coulam
     Mr. Jacob H. Huebert
     Ms. Jennifer Safstrom