Case No. 24-6043

# UNITED STATES COURT OF APPEALS
# FOR THE SIXTH CIRCUIT

## ORDER

DAN MCCALEB, Executive Editor of The Center Square

    Plaintiff - Appellant

v.

MICHELLE LONG, in her official capacity as Director of the Tennessee Administrative Office of the Courts

    Defendant - Appellee

   Upon consideration of the motion to file an Amicus brief on behalf of Open Government Advocates,

   It is hereby **ORDERED** that the motion be, and it hereby is **GRANTED**.

**ENTERED BY ORDER OF THE COURT**
Kelly L. Stephens, Clerk

Issued: August 14, 2025