**UNITED STATES COURT OF APPEALS**
FOR THE SIXTH CIRCUIT

Kelly L. Stephens
Clerk

100 EAST FIFTH STREET, ROOM 540
POTTER STEWART U.S. COURTHOUSE
CINCINNATI, OHIO 45202-3988

Tel. (513) 564-7000
www.ca6.uscourts.gov

Filed: September 16, 2025

Mr. Jacob H. Huebert
Mr. Reilly Stephens
Liberty Justice Center
7500 Rialto Boulevard
Suite 1-250
Austin, TX 78735

Ms. Jennifer Safstrom
Vanderbilt Law School
131 21st Avenue, S.
Nashville, TN 37203-0000

Mr. Robert W. Wilson
Office of the Tennessee Attorney General
40 S. Main Street
Suite 1014
Memphis, TN 38103-1877

Re: Case No. 24-6043, *Dan McCaleb v. Michelle Long*
Originating Case No. : 3:22-cv-00439

Dear Counsel,

The court today announced its decision in the above-styled case.

Enclosed is a copy of the court's published opinion together with the judgment which has been entered in conformity with Rule 36, Federal Rules of Appellate Procedure.

Yours very truly,

Kelly L. Stephens, Clerk

Cathryn Lovely
Deputy Clerk

cc: Ms. Lynda M. Hill

Enclosures

Mandate to issue.