**UNITED STATES COURT OF APPEALS**
FOR THE SIXTH CIRCUIT

| | | |
|---|---|---|
| Kelly L. Stephens<br>Clerk | 100 EAST FIFTH STREET, ROOM 540<br>POTTER STEWART U.S. COURTHOUSE<br>CINCINNATI, OHIO 45202-3988 | Tel. (513) 564-7000<br>www.ca6.uscourts.gov |

Filed: October 08, 2025

Ms. Lynda M. Hill
Middle District of Tennessee at Nashville
801 Broadway
Suite 800 U.S. Courthouse
Nashville, TN 37203

        Re: Case No. 24-6043, *Dan McCaleb v. Michelle Long*
            Originating Case No. : 3:22-cv-00439

Dear Ms. Hill,

  Enclosed is a copy of the mandate filed in this case.

                              Sincerely yours,

                              s/Kelly Stephens
                              Appeal Case Manager: Roy

cc: Mr. Andrew C. Coulam
    Mr. Jacob H. Huebert
    Ms. Jennifer Safstrom
    Mr. Reilly Stephens
    Mr. Robert W. Wilson

Enclosure

UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

---

No: 24-6043

---

Filed: October 08, 2025

DAN MCCALEB, Executive Editor of The Center Square

    Plaintiff - Appellant

v.

MICHELLE LONG, in her official capacity as Director of the Tennessee Administrative Office of the Courts

    Defendant - Appellee

## MANDATE

Pursuant to the court's disposition that was filed 09/16/2025 the mandate for this case hereby issues today.

COSTS: None