RECEIVED
JAN 22 2026
KELLY L. STEPHENS, Clerk

**Supreme Court of the United States**
**Office of the Clerk**
**Washington, DC 20543-0001**

Scott S. Harris
Clerk of the Court
(202) 479-3011

January 14, 2026

Clerk
United States Court of Appeals for the Sixth Circuit
540 Potter Stewart U.S. Courthouse
100 East Fifth Street
Cincinnati, OH 45202-3988

Re: Dan McCaleb
v. Michelle Long, Director, Tennessee Administrative Office of the Courts
Application No. 25A817
(Your No. 24-6043)

Dear Clerk:

The application for an extension of time within which to file a petition for a writ of certiorari in the above-entitled case has been presented to Justice Kavanaugh, who on January 14, 2026, extended the time to and including February 13, 2026.

This letter has been sent to those designated on the attached notification list.

Sincerely,

Scott S. Harris, Clerk

by Rashonda Garner
Case Analyst

# Supreme Court of the United States
## Office of the Clerk
## Washington, DC 20543-0001

Scott S. Harris  
Clerk of the Court  
(202) 479-3011

## NOTIFICATION LIST

Mr. Jeffrey Michael Schwab  
Liberty Justice Center  
7500 Rialto Blvd.  
Suite 1-250  
Austin, TX  78735


Clerk  
United States Court of Appeals for the Sixth Circuit  
540 Potter Stewart U.S. Courthouse  
100 East Fifth Street  
Cincinnati, OH  45202-3988