# Supreme Court of the United States
# Office of the Clerk
# Washington, DC  20543-0001

February 19, 2026

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

Clerk
United States Court of Appeals for the Sixth Circuit
540 Potter Stewart U.S. Courthouse
100 East Fifth Street
Cincinnati, OH  45202-3988

**FILED**
Feb 27, 2026
KELLY L. STEPHENS, Clerk

Re:  Dan McCaleb
v. Michelle Long, Director, Tennessee Administrative Office of the Courts
No. 25-984
(Your No. 24-6043)

Dear Clerk:

The petition for a writ of certiorari in the above entitled case was filed on February 13, 2026 and placed on the docket February 19, 2026 as No. 25-984.

Sincerely,

**Scott S. Harris**, Clerk

by

Angela Jimenez
Case Analyst